■ RONELL DECORATORS, INC., Appellant, v. SYDELL RIFKIN, Respondent. — In an action to recover the balance alleged to be due on the sale of furniture and household articles to the respondent, the appeal is from a judgment dismissing the complaint after trial before the court without a jury. Judgment unanimously affirmed, with costs. In our opinion, the proof adduced showed merely that respondent's husband was the debtor on the transactions had with appellant. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.